No. 356. WILLIFORD *v.* KANSAS CITY SOUTHERN RY. Co. October 16, 1933. Petition for writ of certiorari to

the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lewell C. Butler* for petitioner. No appearance for respondent.